MICHAEL M. ROSNER, Respondent, *v.* GEORGE BROWN et al., Appellants.

(Submitted October 18, 1928; decided November 20, 1928.)

*Chester E. Frankel* for appellants.
*Samuel Okin, Bernard Kagel* and *Henry O. Kahan* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.